IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRENCIE V. OLIVER**                                                                                                          **PETITIONER**

VS.                                         CASE NO. 4:21CV00466 BRW/PSH

**DEXTER PAYNE, Director of the**
**Arkansas Division of Correction ("ADC")**                                                            **RESPONDENT**

## ORDER

I have received proposed Findings and Recommendations (Doc. No. 31) from United States Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received,[1] and a *de novo* review of the record, I approve and adopt the Findings and Recommendations in all respects. The motion to dismiss and amended motion to dismiss (Doc. Nos. 11, 25) are granted for the reasons set out the Findings and Recommendation. Judgment will be entered accordingly.

The motion for copies (Doc. No. 30) of "all documents" is overly-broad and unnecessary, so it is DENIED. However, the Clerk of the Court is directed to send Plaintiff a copy of the docket sheet.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 4th day of January, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 32.