IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRENCIE V. OLIVER**                                                                                       **PETITIONER**

VS.                            No. 4:21-cv-00466 BRW/PSH

**DEXTER PAYNE, Director of the**
**Arkansas Division of Correction ("ADC")**                                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 4th day of January, 2022.


                                                            Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE